IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PURPLE INNOVATION, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br><br>RESPONSIVE SURFACE TECHNOLOGY, LLC, a Delaware limited liability company, and PATIENTECH, LLC, a Delaware limited liability company,<br><br>    Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO CONSOLIDATE**<br><br>Case: 2:20-cv-00708<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is the Defendants' Motion for Leave to File Under Seal Plaintiff's Reply in Support of Motion to Consolidate (the "Motion").[1] Based on the Motion, and for good cause shown, the court hereby GRANTS the Motion and orders the Reply in Support of Motion to Consolidate and its exhibits sealed.

DATED this 21st day of December, 2020.

BY THE COURT

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 70.