IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PURPLE INNOVATION, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RESPONSIVE SURFACE TECHNOLOGY, LLC, a Delaware limited liability company, and PATIENTECH, LLC, a Delaware limited liability,<br><br>　　　　Defendants. | **ORDER GRANTING PRO HAC VICE ADMISSION OF THOMAS C. JAMES, JR.**<br><br>2:20-cv-00708-RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

　　　　After reviewing the current Motion, the court determines the Petitioner meets the pro hac vice admission requirements of DUCivR 83-1.1(d).  The Motion for the admission pro hac vice of Thomas C. James, Jr. in the United States District Court, District of Utah in the subject case is GRANTED.[1]

　　　　SO ORDERED this 29th day of December 2020.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT J. SHELBY
　　　　　　　　　　　　　　　　　　　　　　　United States Chief District Judge

---

[1] Dkt. 88.