IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PURPLE INNOVATION, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>RESPONSIVE SURFACE TECHNOLOGY, LLC, a Delaware limited liability company, and PATIENTECH, LLC, a Delaware limited liability,<br><br>    Defendants. | **ORDER GRANTING PRO HAC VICE ADMISSION OF M. BRADFORD SANDERS**<br><br>2:20-cv-00708-RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

After reviewing the current Motion, the court determines the Petitioner meets the pro hac vice admission requirements of DUCivR 83-1.1(d).  The Motion for the admission pro hac vice of M. Bradford Sanders in the United States District Court, District of Utah in the subject case is GRANTED.[1]

SO ORDERED this 29th day of December 2020.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 87.