Tracy H. Fowler (1106)
Annika L. Jones (16483)
SNELL & WILMER LLP
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101
T:  (801) 257-1900
tfowler@swlaw.com
aljones@swlaw.com

M. Bradford Sanders (*pro hac vice*)
Thomas C. James, Jr. (*pro hac vice*)
SANDERS & ASSOCIATES, LPA
8041 Hosbrook Road, Suite 315
Cincinnati, Ohio  45236
Phone:  (513) 229-8080
BradSanders@SandersLPA.com
TomJames@SandersLPA.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PURPLE INNOVATION, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RESPONSIVE SURFACE TECHNOLOGY, LLC, and PATIENTECH, LLC,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-00708-RJS-CMR<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO REDACT HEARING TRANSCRIPT** (Dkt. 113)<br><br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

Defendants Responsive Surface Technology, LLC and PatienTech, LLC do not oppose the

Court granting Plaintiff's *Motion to Redact Hearing Transcript* (Dkt. 113), which Plaintiff filed

with this Court on January 20, 2021.

                                    Respectfully submitted,

                                    SANDERS & ASSOCIATES, LPA

                                    */s/ Thomas C. James, Jr.*
                                    M. Bradford Sanders (*pro hac vice*)
                                    Thomas C. James, Jr. (*pro hac vice*)
                                    SANDERS & ASSOCIATES, LPA
                                    8041 Hosbrook Road, Suite 315
                                    Cincinnati, Ohio  45236
                                    Phone:  (513) 229-8080
                                    BradSanders@SandersLPA.com
                                    TomJames@SandersLPA.com

                                    Tracy H. Fowler (1106)
                                    Annika L. Jones (16483)
                                    SNELL & WILMER LLP
                                    15 West South Temple, Suite 1200
                                    Gateway Tower West
                                    Salt Lake City, UT 84101
                                    T: (801) 257-1900
                                    tfowler@swlaw.com
                                    aljones@swlaw.com

                                    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      The foregoing was filed electronically on <u>January 26, 2021</u>.  Notice of this filing will be sent by operation of the Court's Electronic Filing System.  Parties may access this filing through the Court's filing system.  All parties not receiving electronic notices from the Court will be served by regular U.S. mail.

                                    */s/ Thomas C. James, Jr.*
                                    Thomas C. James, Jr.