IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PURPLE INNOVATION, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RESPONSIVE SURFACE TECHNOLOGY, LLC, a Delaware limited liability company; PATIENTECH, LLC, a Delaware limited liability company; and ROBERT GOLDEN, an individual,<br><br>　　　　Defendants. | **ORDER GRANTING STIPULATED MOTION TO SET DEADLINES TO IMPLEMENT CONSOLIDATION ORDER**<br><br>2:20-cv-00708-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

　　Before the court is the Defendants' Stipulated Motion to Set Deadlines to Implement Consolidation Order (the Motion).[1] Based on the Motion, and for good cause shown, the court hereby GRANTS the Motion. Plaintiff will file the Consolidated Complaint by Friday February 5, 2021. Defendants will file responsive pleadings to the Consolidated Complaint and assert any counterclaims or third-party claims by Friday, February 12, 2021. Responsive pleadings to the Defendants' counterclaims or third-party claims will be filed by Friday, February 19, 2021.

　　SO ORDERED this 3rd day of February 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERT J. SHELBY
　　　　　　　　　　　　　　　　　　United States Chief District Judge

---

[1] Dkt. 125.