# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PURPLE INNOVATION, LLC, a Delaware limited liability company,<br><br>       Plaintiff,<br><br>v.<br><br>RESPONSIVE SURFACE TECHNOLOGY, LLC, a Delaware limited liability company, and PATIENTECH, LLC, a Delaware limited liability company; and ROBERT GOLDEN, an individual,<br><br>       Defendants, Counterclaim Plaintiffs, and Third-Party Plaintiffs,<br><br>v.<br><br>PURPLE INNOVATION, LLC, GARY DICAMILLO, ADAM GRAY, JOSEPH MEGIBOW, TERRY PEARCE, TONY PEARCE, and JOHN DOE NOS. 1-4,<br><br>       Counterclaim Defendant and Third-Party Defendants. | **ORDER ADMINISTRATIVELY CLOSING CASE**<br><br><br>Case No. 2:20-cv-000708-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

In view of the court's Order[1] submitting to arbitration Purple's claims against Defendants and Defendants' claims against Purple pursuant to § 12.11 of the Master Vendor Supply and Services Agreement (MSA), and staying the remaining claims against the Third-Party Defendants pending resolution of the arbitration proceedings, the court hereby directs the Clerk of Court to administratively close this case. The parties may still file documents with or apply to the court for needed relief. The parties should file a joint status report no later than fourteen (14)

---

[1] Dkt. 190.

days following a final decision in the arbitration proceedings, at which point either party may

petition the court to lift the stay and schedule a status conference.  If and when the stay is lifted,

the court will promptly reopen the case.

DATED this 1st day of October 2021.

**BY THE COURT:**

ROBERT J. SHELBY
United States Chief District Judge