Stephen P. Horvat (#6249)
**ANDERSON & KARRENBERG**
50 West Broadway, Suite 600
Salt Lake City, Utah 84101-2035
Telephone: (801) 534-1700
shorvat@aklawfirm.com
*Attorneys for Defendants Responsive Surface*
*Technology, LLC, Patientech, LLC and Robert Golden*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PURPLE INNOVATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RESPONSIVE SURFACE TECHNOLOGY, LLC; PATIENTECH, LLC; ROBERT GOLDEN; et al. <br><br> Defendants. | **SUBSTITUTION OF COUNSEL OF STEPHEN P. HORVAT FOR DEFENDANTS, AND WITHDRAWAL OF COUNSEL TRACY H. FOWLER, ELISABETH M. McOMBER AND ANNIKA L. JONES** <br><br> **Case No. 2:20-cv-00708-RJS** <br> **Judge Robert J. Shelby** |

Please take notice, pursuant to DUCivR 83-1.4, Stephen P. Horvat of the law firm ANDERSON & KARRENBERG, P.C., hereby enters his appearance and substitutes as counsel for Defendants, Responsive Surface Technology, LLC, Patientech, LLC and Robert Golden, and Tracy H. Fowler, Elisabeth M. McOmber and Annika L. Jones of Snell & Wilmer withdraw as counsel for Defendants Responsive Surface Technology, LLC, Patientech, LLC and Robert Golden in the above-entitled action.

1

DATED this 15th day of May, 2023

**ANDERSON & KARRENBERG**

*/s/ Stephen P. Horvat*
Stephen P. Horvat
*Attorneys for Defendants Responsive Surface Technology, LLC, PatienTech, LLC, and Robert Golden*

S**NELL & WILMER L.L.P.**

*/s/ Tracy H. Fowler**
Tracy H. Fowler

*/s/ Elisabeth M. McOmber**
Elisabeth M. McOmber

*/s/ Annika L. Jones**
Annika L. Jones

**Signed by filing attorney with permission*