James E. Magleby (7247)
 magleby@mcg.law
Christine Greenwood (8187)
 greenwood@mcg.law
Adam Alba (13128)
 alba@mcg.law
**MAGLEBY CATAXINOS & GREENWOOD, PC**
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Purple Innovation, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **PURPLE INNOVATION, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**RESPONSIVE SURFACE TECHNOLOGY, LLC, PATIENTECH, LLC, and ROBERT GOLDEN,**<br><br>Defendants, Counterclaim Plaintiffs, and Third-Party Plaintiffs,<br><br>v.<br><br>**PURPLE INNOVATION, LLC, GARY DICAMILLO, ADAM GRAY, JOSEPH MEGIBOW, TERRY PEARCE, TONY PEARCE, and JOHN DOE NOS. 1-4,**<br><br>Counterclaim Defendant and Third-Party Defendants. | **JOINT STATUS REPORT**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil No.: 2:20-cv-708<br><br>Consolidated No. 2:20-cv-727<br><br>Honorable Robert J. Shelby |

Pursuant to the Court's Order Administratively Closing Case entered on October 1, 2021 (ECF No. 196) ("Order"), Purple Innovation, LLC ("Purple"), Responsive Surface

Technology, LLC ("ReST"), PatienTech, LLC ("PatienTech"), and Robert Golden, through their respective counsel, submit this Joint Status Report.

On August 31, 2021, the Court granted Defendants' Motion to Compel Arbitration and ordered the parties to arbitration. The Court administratively closed the case but permitted the parties to apply to the Court for relief after the conclusion of the arbitration. The Court also instructed the parties to file a joint status report no later than 14 days following a final decision in the arbitration proceedings.

Accordingly, the parties report that an evidentiary arbitration hearing was held between July 31, 2023 and August 11, 2023. The Arbitrator issued his final arbitration award on March 8, 2024. The parties therefore respectfully request that the Court schedule a status conference at its earliest convenience.

DATED this 22nd day of March 2024.

JOINTLY SUBMITTED BY:

MAGLEBY CATAXINOS & GREENWOOD, PC

/s/ Adam Alba
James E. Magleby
Christine T. Greenwood
Adam Alba
*Attorneys for Plaintiff Purple Innovation, LLC*

ANDERSON & KARRENBERG

/s/ Stephen P. Horvat*
Stephen P. Horvat
Jacob W. Nelson
*affixed with permission via email on March 22, 2024*
*Attorneys for Defendants Responsive Surface Technology, LLC, PatienTech, LLC, and Robert Golden*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS & GREENWOOD, PC, 141 W. Pierpont Avenue, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **JOINT STATUS REPORT** was delivered to the following this 22nd day of March 2024, by:

[X] CM/ECF System

[ ] Electronic Mail

Stephen P. Horvat
  shorvat@aklawfirm.com
Jacob W. Nelson
  jnelson@aklawfirm.com
**ANDERSON & KARRENBERG**
50 W. Broadway, Suite 600

*Attorneys for Defendants*

/s/ Sasha Zito