

**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| |
|---|
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. |
| Name of Respondent: Responsive Surface Technology, LLC; PatienTech, LLC, and Robert Golden |
| Address: c/o Snell & Wilmer, LLP, 15 West South Temple, Suite 1200 |

| City: Salt Lake City | State: Utah | Zip Code: 84101 |
|---|---|---|
| Phone No.: 801-257-1900 | Fax No.: | |

| |
|---|
| Email Address: tfowler@swlaw.com; aljones@swlaw.com; emcomber@swlaw.com |
| Name of Representative (if known): Tracy Fowler, Elisabeth M. McOmber, Annika L. Jonees |
| Name of Firm (if applicable): Snell & Wilmer, LLP |
| Representative's Address: 15 West South Temple, Suite 1200 |

| City: Salt Lake City | State: Utah | Zip Code: 84101 |
|---|---|---|
| Phone No.: 801-257-1900 | Fax No.: | |

| |
|---|
| Email Address: tfowler@swlaw.com; aljones@swlaw.com; emcomber@swlaw.com |
| The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration. |
| Brief Description of the Dispute:<br><br>Respondents have breached their obligations under an agreement they entered into with Claimant, including by failing to pay Claimant back its ▇▇▇▇▇▇▇ or due diligence into a possible acquisition of Respondents. Respondents have also violated Claimant's IP rights. |
| Dollar Amount of Claim: $ At least $5 million. |
| Other Relief Sought: ☒ Attorneys Fees   ☒ Interest   ☒ Arbitration Costs   ☒ Punitive/Exemplary<br>☐ Other: |
| Amount enclosed: $ 7,700.<br>In accordance with Fee Schedule: ☐ Flexible Fee Schedule  ☒ Standard Fee Schedule |
| Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:<br><br>The arbitrator must have substantial commercial litigation experience, and must have taken several commercial cases through trial and/or arbitration. The arbitrator must also have experience with intellectual property litigation, including in the areas of trademarks, trade dress, and patents. |
| Hearing locale: The arbitration provision of the agreement requires arbitration "in the Lehi, Utah area."<br>(check one)  ☐ Requested by Claimant   ☒ Locale provision included in the contract |
| Estimated time needed for hearings overall:                          hours   or   10                          days |

*Please visit our website at www.adr.org/support to file this case online.*
*AAA Customer Service can be reached at 800-778-7879.*



**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| | |
|---|---|
| Type of Business: | |
| Claimant: Mattress manufacturer. | Respondent: Mattress manufacturer. |

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?
No.

| | |
|---|---|
| Signature (may be signed by a representative): /s/ Adam Alba | Date: September 1, 2021. |

Name of Claimant: Purple Innovation, LLC

Address (to be used in connection with this case): 141 W. Pierpont Ave.

| | | |
|---|---|---|
| City: Salt Lake City | State: Utah | Zip Code: 84101 |
| Phone No.: 801-359-9000 | Fax No.: 801-359-9011 | |

Email Address: magleby@mcg.law; greenwood@mcg.law; alba@mcg.law; gibson@mcg.law; zito@mcg.law

Name of Representative: James E. Magleby, Christine Greenwood, Adam Alba

Name of Firm (if applicable): Magleby Cataxinos & Greenwood, PC

Representative's Address: 141 W. Pierpont Ave.

| | | |
|---|---|---|
| City: Salt Lake City | State: Utah | Zip Code: 84101 |
| Phone No.: 801-359-9000 | Fax No.: 801-359-9011 | |

Email Address: magleby@mcg.law; greenwood@mcg.law; alba@mcg.law; gibson@mcg.law; zito@mcg.law

To begin proceedings, **please file online at www.adr.org/fileonline**. You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee.

*Please visit our website at www.adr.org/support to file this case online.*
*AAA Customer Service can be reached at 800-778-7879.*