James E. Magleby (7247)
  magleby@mcg.law
Adam Alba (13128)
  alba@mcg.law
Yevgen Kovalov (16297)
  kovalov@mcg.law
**MAGLEBY CATAXINOS & GREENWOOD, PC**
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Plaintiff Purple Innovation, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **PURPLE INNOVATION, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**RESPONSIVE SURFACE TECHNOLOGY, LLC, PATIENTECH, LLC, and ROBERT GOLDEN,**<br><br>    Defendants, Counterclaim Plaintiffs, and Third-Party Plaintiffs,<br><br>v.<br><br>**PURPLE INNOVATION, LLC, GARY DICAMILLO, ADAM GRAY, JOSEPH MEGIBOW, TERRY PEARCE, TONY PEARCE, and JOHN DOE NOS. 1-4,**<br><br>    Counterclaim Defendant and Third-Party Defendants. | **PURPLE INNOVATION, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO MOTION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT**<br><br><br><br><br><br><br><br>**Civil No.: 2:20-cv-708**<br><br>**Honorable Robert J. Shelby** |

Plaintiff Purple Innovation, LLC ("Purple"), through counsel MAGLEBY CATAXINOS & GREENWOOD, PC, moves the Court for leave to filed under seal Exhibits to its Motion to Confirm Arbitration Award and Enter Judgment (the "Exhibits").

Good cause exists to grant this motion and permit Purple to file the Exhibits under seal.  The Exhibits repeatedly refer to information and documents that the parties are obligated to keep confidential.  If Purple were to file this information publicly, it could breach its obligations.  Second, the Exhibits contain sensitive financial or business information of the parties.  Third, most – if not all – of the information that should be sealed has been filed under seal previously.  There is no reason to unseal this information now.

For these reasons, Purple respectfully requests that the Court grant this Motion to Seal.  Purple has filed redacted versions of the Exhibits and emailed an order granting this motion to the Court.

DATED this 22nd day of March 2024.

MAGLEBY CATAXINOS & GREENWOOD, PC

_____
James E. Magleby
Adam Alba
Yevgen Kovalov
*Attorneys for Plaintiff Purple Innovation, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS & GREENWOOD, PC, 141 W. Pierpont Avenue, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **PURPLE INNOVATION, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO MOTION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT** was delivered to the following this 22nd day of March 2024, by CM/ECF System.

Stephen P. Horvat
 shorvat@aklawfirm.com
Jacob W. Nelson
 jnelson@aklawfirm.com
**ANDERSON & KARRENBERG**
50 W. Broadway, Suite 600
Salt Lake City, Utah 84101

Attorneys for Responsive Surface Technology, LLC; Patientech, LLC; and Robert Golden

_/s/ Sashe Zito_