James E. Magleby (7247)
 magleby@mcg.law
Adam Alba (13128)
 alba@mcg.law
Yevgen Kovalov (16297)
 kovalov@mcg.law
**MAGLEBY CATAXINOS & GREENWOOD, PC**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Plaintiff Purple Innovation, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **PURPLE INNOVATION, LLC,**<br><br>    Plaintiff,<br>  v.<br><br>**RESPONSIVE SURFACE TECHNOLOGY, LLC, PATIENTECH, LLC, and ROBERT GOLDEN,**<br><br>    Defendants, Counterclaim Plaintiffs, and Third-Party Plaintiffs,<br><br>  v.<br><br>**PURPLE INNOVATION, LLC, GARY DICAMILLO, ADAM GRAY, JOSEPH MEGIBOW, TERRY PEARCE, TONY PEARCE, and JOHN DOE NOS. 1-4,**<br><br>    Counterclaim Defendant and Third-Party Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO MOTION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Civil No.: 2:20-cv-708**<br><br>**Honorable Robert J. Shelby** |

2

Before the Court is Plaintiff Purple Innovation, LLC's ("Purple") Motion for Leave to File under Seal Exhibits to the Motion to Confirm Arbitration and Enter Judgment ("Motion").  Based on the Motion, and for good cause shown, the Court GRANTS the Motion and ORDERS that the Exhibits to Purple's Motion to Confirm Arbitration and Enter Judgment be filed under seal with redacted versions of the Exhibits filed publicly.

DATED this _____ day of March 2024.

UNITED STATES DISTRICT COURT OF UTAH

_____
Honorable Robert J. Shelby