Stephen P. Horvat (#6249)
Joseph W. Moxon (#17281)
**ANDERSON & KARRENBERG**
50 West Broadway, Suite 600
Salt Lake City, Utah 84101-2035
Telephone: (801) 534-1700
shorvat@aklawfirm.com
jmoxon@aklawfirm.com

*Attorneys for Defendants Responsive Surface Technology, LLC, Patientech, LLC and Robert Golden*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PURPLE INNOVATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RESPONSIVE SURFACE TECHNOLOGY, LLC; PATIENTECH, LLC; ROBERT GOLDEN; et al. <br><br> Defendants. | **NOTICE OF APPEARANCE OF COUNSEL (Joseph W. Moxon)** <br><br> **Case No. 2:20-cv-00708-RJS** <br> **Judge Robert J. Shelby** |

Joseph W. Moxon, of and for the law firm of Anderson & Karrenberg, hereby enters his appearance as counsel of record for Defendants Responsive Surface Technology, LLC, PatienTech, LLC, and Robert Golden in this action. Please forward any pleadings, court documents and correspondence to Mr. Moxon at the above-captioned address.

1

DATED this 25th day of March, 2024

                                                      **ANDERSON & KARRENBERG**

                                                      */s/ Joseph W. Moxon*
                                                      Stephen P. Horvat
                                                      Joseph W. Moxon
                                                      *Attorneys for Defendants Responsive Surface Technology, LLC, PatienTech, LLC, and Robert Golden*