Stephen P. Horvat (#6249)
**ANDERSON & KARRENBERG**
50 West Broadway, Suite 600
Salt Lake City, Utah 84101-2035
Telephone: (801) 534-1700
shorvat@aklawfirm.com
jnelson@aklawfirm.com

*Attorneys for Defendants Responsive Surface Technology, LLC, PatienTech, LLC and Robert Golden*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PURPLE INNOVATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESPONSIVE SURFACE TECHNOLOGY, LLC; PATIENTECH, LLC; ROBERT GOLDEN; et al.<br><br>Defendants. | **ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME**<br><br>**Case No. 2:20-cv-00708-RJS-CMR**<br>**Judge Robert J. Shelby**<br>**Magistrate Cecilia M. Romero** |

This matter came before the Court on Defendants' Motion for Enlargement of Time. Defendants seek a fourteen-day enlargement of their time to respond to Plaintiff's Motion to Confirm Arbitration Award and Enter Judgment. (ECF 204.)

The Court notes that the deadline for Defendants to file a response to Plaintiff's Motion to Confirm has not expired, and as such the Court may act "with our without motion or notice" pursuant to Rule 6(b)(1)(A).

1

The Court having reviewed the Motion for Enlargement, and good cause appearing therefor, it is hereby ORDERED that Defendants may have until April 19, 2024, to file their response to Plaintiff's Motion to Confirm Arbitration Award.

DATED: _____, 2024.

BY THE COURT:

_____
Magistrate Judge Cecilia M. Romero