Stephen P. Horvat (#6249)
Joseph W. Moxon (#17281)
**ANDERSON & KARRENBERG**
50 West Broadway, Suite 600
Salt Lake City, Utah 84101-2035
Telephone: (801) 534-1700
shorvat@aklawfirm.com
jmoxon@aklawfirm.com

*Attorneys for Defendants Responsive Surface Technology, LLC, PatienTech, LLC and Robert Golden*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PURPLE INNOVATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESPONSIVE SURFACE TECHNOLOGY, LLC; PATIENTECH, LLC; ROBERT GOLDEN; et al.<br><br>Defendants. | **INTERIM STIPULATION AND JOINT MOTION FOR ENLARGEMENT PENDING RESOLUTION OF PENDING MOTION**<br><br>**Case No. 2:20-cv-00708-RJS-CMR**<br>**Judge Robert J. Shelby**<br>**Magistrate Cecilia M. Romero** |

Defendants Responsive Surface Technology, LLC, PatienTech, LLC and Robert Golden and Plaintiff Purple Innovation, LLC, by and through undersigned counsel, hereby jointly stipulate that pending the resolution of Defendants' Motion for Enlargement of Time filed on April 1 (ECF 211), the deadline for Defendants to file their opposition to Plaintiff's Motion to Confirm Award and Enter Judgment will be extended on an interim basis to Wednesday, April 10, 2024.  The parties jointly move the Court for entry of an order consistently therewith.

This stipulation and motion, and any order hereon, shall be without prejudice to Plaintiff's right to oppose the April 1 motion.

A proposed Order is submitted concurrently herewith.

**DATED:** April 3, 2024.

                                        **ANDERSON & KARRENBERG**

                                        */s/ Stephen P. Horvat*
                                        Stephen P. Horvat
                                        Joseph W. Moxon
                                        *Attorneys for Defendants Responsive Surface Technology, LLC, PatienTech, LLC, and Robert Golden*

**DATED:** April 3, 2024

                                        **MAGLEBY CATAXINOS & GREENWOOD**

                                        */s/ Adam Alba*
                                        James E. Magleby
                                        Adam Alba
                                        Yevgen Kovalov
                                        *Attorneys for Plaintiff*
                                        [Signed by Filing Attorney with Permission]