# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PURPLE INNOVATION, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RESPONSIVE SURFACE TECHNOLOGY, LLC; PATIENTECH, LLC; ROBERT GOLDEN; et al.<br><br>　　　　　Defendants. | **ORDER GRANTING INTERIM MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:20-cv-00708-RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

　　　　Having considered the parties' joint and stipulated Motion for Extension of Time (Motion) (ECF 214) for Defendants to file their opposition to Plaintiff's Motion to Confirm Award and Enter Judgment (ECF 203), and for good cause appearing, the court HEREBY GRANTS the Motion (ECF 214) and ORDERS that pending resolution of Defendants' Motion for Enlargement of Time filed on April 1 (ECF 211), the deadline for Defendants to file their opposition to Plaintiff's Motion to Confirm Award and Enter Judgment is extended to Wednesday, April 10, 2024. This order shall be without prejudice to Plaintiff's right to oppose the April 1 motion.

　　　　IT IS SO ORDERED.

　　　　DATED this 4 April 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　_Cecilia M. Romero_
　　　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Cecilia M. Romero
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court for the District of Utah