# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PURPLE INNOVATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESPONSIVE SURFACE TECHNOLOGY, LLC; PATIENTECH, LLC; ROBERT GOLDEN; et al.<br><br>Defendants. | **ORDER GRANTING [221] MOTION FOR LEAVE TO FILE OVERLENGTH MOTION**<br><br>Case No. 2:20-cv-00708-RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is the Defendants' Motion for Leave (Motion) (ECF 221) to file an overlength Motion to Vacate Arbitration Award. Having considered the Motion, and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Defendants may file a Motion to Vacate Arbitration Award of up to 25 pages or 7,750 words.

DATED this 19 April 2024.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah