# EXHIBITS 1 THROUGH 60

# FILED UNDER SEAL