Stephen P. Horvat (#6249)
Joseph W. Moxon (#17281)
**ANDERSON & KARRENBERG**
50 West Broadway, Suite 600
Salt Lake City, Utah 84101-2035
Telephone: (801) 534-1700
shorvat@aklawfirm.com
jmoxon@aklawfirm.com

*Attorneys for Defendants Responsive Surface Technology, LLC, PatienTech, LLC and Robert Golden*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PURPLE INNOVATION, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RESPONSIVE SURFACE TECHNOLOGY, LLC; PATIENTECH, LLC; ROBERT GOLDEN; et al.<br><br>　　　　　Defendants. | **APPENDIX OF EXHIBITS IN SUPPORT OF MOTION TO VACATE, MODIFY, OR CORRECT PORTIONS OF ARBITRATION AWARD AND IN OPPOSITION TO MOTION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT**<br><br>**Case No. 2:20-cv-00708-RJS-CMR**<br>**Judge Robert J. Shelby**<br>**Magistrate Cecilia M. Romero**<br><br>**REDACTED VERSION** |

| | |
|---|---|
| 1. | Escrow Agreement |
| 2. | MSA |
| 3. | Mitchell Email 2020-02-14 |

1

| | |
|---|---|
| 4. | Megibow Email 2020-07-03 |
| 5. | Whatcott Email 2020-07-01 |
| 6. | Megibow Email 2020-07-09 |
| 7. | Larson Email 2020-05-12 |
| 8. | Larson Email 2020-06-15 |
| 9. | Pham Email 2020-07-23 |
| 10. | Spreadsheet |
| 11. | Megibow Email 2020-05-05 |
| 12. | Megibow Email to Sommers 2020-07-09 |
| 13. | Sommers Email 2020-06-01 |
| 14. | Megibow Email 2020-07-07 |
| 15. | Phillips Email 2020-06-29 |
| 16. | Taylor Email 2020-08-05 |
| 17. | Mitchell Email 2020-07-23 |
| 18. | Phillips Email 2020-07-31 |
| 19. | Mitchell Email 2020-08-04 |
| 20. | Fullmer Email 2020-08-04 |
| 21. | Purple Board Minutes 2020-08-05 |
| 22. | Phillips Email 2020-08-11 |
| 23. | Golden Email 2020-08-11 |
| 24. | Phillips Email 2020-08-19 |
| 25. | Phillips Email 2020-08-19 |
| 26. | Purple Letter 2020-08-24 |

| 27. | Megibow Email 2020-09-16 |
|---|---|
| 28. | Megibow Email to Golden 2020-09-16 |
| 29. | Ad Spend Agreement |
| 30. | Kyle Taylor Email 2020-08-12 |
| 31. | Hearing Transcript 2021-01-06 |
| 32. | Purple Statement of Claims |
| 33. | Respondents' Amended Statement of Counterclaims |
| 34. | December 14, 2021 Email |
| 35. | Procedural Order 1 |
| 36. | Procedural Order 4 |
| 37. | Procedural Order 14 |
| 38. | Procedural Order 17 |
| 39. | 2023-04-24 Purple Motions |
| 40. | Procedural Order 19 |
| 41. | Procedural Order 25 |
| 42. | Response to Order to Show Cause |
| 43. | Motion for Leave to File Motion to Exclude Rob Wallace |
| 44. | Procedural Order 27 |
| 45. | Claimants' Prehearing Brief |
| 46. | Respondents' Pre-hearing Brief |
| 47. | 2023-07-31 Transcript |
| 48. | Confirmation of Purple Claims |
| 49. | Interim Award on Liability and Damages |

| | |
|---|---|
| 50. | Claimants' Submission Regarding Fees, Costs, and Interest |
| 51. | Respondents' Submission Re Allocation of Fees and Costs |
| 52. | 2024-01-06 Arbitrator Email |
| 53. | Claimant's Appendix of Fees and Costs |
| 54. | Claimant's Revised Fee and Cost Appendix |
| 55. | Respondents' Response to Purple's Fee and Cost Submissions |
| 56. | 2024-01-14 Arbitrator Email |
| 57. | Respondents' Summary of Authorities Regarding Attorney Fees and Costs |
| 58. | Final Arbitration Award |
| 59. | Images From ReST Bed with GelGrid Product Page |
| 60. | ReSTPerformance.com |

DATED this 19th day of April, 2024

**ANDERSON & KARRENBERG**

*/s/ Stephen P. Horvat*
Stephen P. Horvat
Joseph W. Moxon
*Attorneys for Defendants Responsive Surface Technology, LLC, PatienTech, LLC, and Robert Golden*