# Exhibit 63

**Grant L. Kim, Esq.**
LimNexus LLP

| | |
|---|---|
| **Panelist Video** | View Video |
| **Current Employer-Title** | LimNexus LLP-Partner |
| **Profession** | Attorney and Arbitrator |
| **Work History** | Partner, Lim Nexus LLP, 2017 – Present; Litigation Partner, Associate, and Of Counsel, Morrison & Foerster LLP, 1986–2000 & 2004–2017; Foreign Legal Consultant, Kim & Chang, 2000–2004; Staff Attorney, U.S. Court of Appeals for the Ninth Circuit, 1984–1986. |
| **Experience** | Over 30 years of experience with arbitration, intellectual property litigation, and other complex commercial disputes. Served as an arbitrator or counsel in numerous arbitrations in the U.S., Asia, and Europe. Also served as counsel in numerous intellectual property and other commercial lawsuits, including patent trials in the federal court and before the U.S. International Trade Commission. Handled international arbitrations involving intellectual property, M&A, joint venture, supply/distribution agreements, cross-border investments, and construction. Familiar with a wide range of technology, including computer software and hardware, semiconductors, biotechnology, medical devices, smartphones, and medical devices. Worked in Korea and Japan, and studied in France. Native English; conversant in Korean and French. |
| **Alternative Dispute Resolution Experience** | Served as arbitrator for the ICDR, ICC, AAA, CPR, and the Korean Commercial Arbitration Board (KCAB). Also served as an emergency arbitrator and decided numerous domain name disputes for the ICDR and the World Intellectual Property Organization (WIPO). Counsel in numerous arbitrations administered by the ICC, ICDR, AAA, JAMS and KCAB. Fellow, College of Commercial Arbitrators and Chartered Institute of Arbitrators. Member, Arbitrator Panels of the ICDR, AAA, CPR, KCAB, WIPO, and Hong Kong International Arbitration Centre.<br>Tech List Member, Silicon Valley Arbitration and Mediation Center. Published numerous articles about arbitration and frequently speak at conferences in the U.S. and Asia. Examples of arbitrations by subject area include:<br><br>Intellectual Property<br><br>• Chair, ICDR arbitration arising from patent indemnity dispute between semiconductor companies<br>• One of three ICDR arbitrators, separate patent indemnity dispute<br>• One of three arbitrators, non-administered CPR case arising from software development contract |

*Grant L. Kim, Esq.*
*Neutral ID : 157866*

The AAA provides arbitrators to parties on cases administered by the AAA under its various Rules, which delegate authority to the AAA on various issues, including arbitrator appointment and challenges, general oversight, and billing. Arbitrations that proceed without AAA administration are not considered "AAA arbitrations," even if the parties were to select an arbitrator who is on the AAA's Roster.

- One of three ICDR panelists, dispute involving top-level domain name policies
- Sole ICDR arbitrator, technology license dispute between parties from Asia and the U.S.
- Sole KCAB arbitrator, license dispute involving touchpad technology
- Sole AAA arbitrator, trade secret dispute between company and former employee
- Counsel, ICC arbitration arising from biotech patent license
- Counsel, ICDR arbitration arising from settlement of global patent litigation
- Counsel, ICC arbitration arising from joint development agreement involving the Linux operating system
- Counsel, ICC arbitration arising from online game license and distribution agreement
- Counsel, extremely large AAA arbitration involving computer software copyrights
- Counsel, ICDR arbitration involving ownership of trademarks

Investment, M&A and Share Purchase Agreements

- Chair, ICDR arbitration arising from investment by Chinese parties in hotel redevelopment project
- One of three ICDR arbitrators in multi-party dispute arising from $100 million "Put Option"
- Counsel, ICC arbitration arising from $1 billion M&A deal
- Counsel, ICC arbitration arising from purchase of an automobile manufacturing plant
- Counsel, two related ICC arbitrations arising from multi-billion dollar acquisition of Korean bank
- Counsel, private equity company in ICC arbitration arising from investment in Asian financial company

Joint Venture, Distribution, Supply and Other Commercial Agreements

- One of three ICC arbitrators, dispute between partners to joint venture in Vietnam
- One of three ICDR arbitrators, dispute between partners to joint venture medical device company in China
- Sole AAA arbitrator, fee dispute between law firm and former client
- Emergency AAA arbitrator, dispute between pharmacy and pharmaceutical company
- Counsel, ICDR arbitration by Korean company against former North American distributor
- Counsel, ICC arbitration, by Swiss company against former supplier
- Counsel, ICC arbitration between Korean company and former Brazilian distributor

*Grant L. Kim, Esq.*
*Neutral ID : 157866*

The AAA provides arbitrators to parties on cases administered by the AAA under its various Rules, which delegate authority to the AAA on various issues, including arbitrator appointment and challenges, general oversight, and billing.  Arbitrations that proceed without AAA administration are not considered "AAA arbitrations," even if the parties were to select an arbitrator who is on the AAA's Roster.

|  |  |
|---|---|
|  | Construction and Energy<br><br>• Sole ICDR arbitrator, dispute involving design and engineering of industrial product<br>• Sole AAA arbitrator, dispute involving financing of solar energy systems<br>• Counsel, KCAB arbitration arising from construction of $400 million power plant<br>• Counsel, ICC arbitration arising from Middle East construction project<br>• Counsel, ICC arbitration arising from contract to supply specialized rail cars<br>• Counsel, AAA arbitration involving political risk insurance for power plant in Columbia. |
| **Alternative Dispute Resolution Training** | ACE20 Cyber Security: A Shared Responsibility, 2020; AAA ACE19 Case Finances: What Arbitrators Need to Know, 2019; Arbitrator Performance and Demeanor ~ Meeting Participant Expectations, 2018; Arbitration Fundamentals and Best Practices for New AAA Arbitrators, 2017; AAA, Arbitration Award; Safe Guarding, Deciding & Writing Awards ACE01, 2017.Faculty, California International Arbitration Summit, 2016; ICC Masterclass for Arbitrators, 2016; WIPO Arbitration and Mediation Workshop, 2015; AAA Mediation Legal Update, 2015; AAA Sanctions in Arbitration: Everything You Might Not Know that You Should Know 2015; AAA eDiscovery 2.0,2014; Chartered Institute of Arbitrators, International Commercial Arbitration Workshop and Award Writing Examination, 2013; AAA Chairing an Arbitration Panel: Managing Procedures, Process & Dynamics ACE05, 2013; ICDR International Symposia in Advanced Case Management Issues, 2011; AAA Arbitration Awards: Safeguarding, Deciding & Writing Awards (ACE001), 2011; various other ADR training. |
| **Professional Licenses** | Admitted to the Bar:  California (1984); and numerous federal courts. |
| **Professional Associations** | College of Commercial Arbitrators (Fellow); Chartered Institute of Arbitrators (Fellow); Silicon Valley Arbitration and Mediation Center (Board of Directors); California International Arbitration Council (Board of Directors). |
| **Education** | University of California, Hastings College of the Law (JD, magna cum laude-1984); Pomona College (BA, cum laude-1978). |
| **Publications and Speaking Engagements** | PUBLICATIONS: Author,  "California: the Next Hub for International Arbitration?" Korean Arbitration Review, 2018<br><br>SPEAKING ENGAGEMENTS: Settlement Promotion by Arbitrators, USC-JAMS Annual Symposium (2021); CISG Article 42: Who's Claims Are Claimed?  Vis Moot Alumni Association Generations in Arbitration Conference (2021); 28 U.S.C. § 1782: A Powerful Tool to Obtain Discovery from U.S. Parties for Foreign Disputes in the Right Case, KCAB International Webinar (2020); Singapore International Arbitration Centre Americas Launch, West Coast Perspectives; SIAC Webinar (2020); Use of ADR to Resolve Life Sciences Disputes, CPR Healthcare & Life Sciences Committee (2020); Arbitrating Domestic and International Life Sciences Disputes, ICDR Webinar (2020); Challenges and Best Practices in |

The AAA provides arbitrators to parties on cases administered by the AAA under its various Rules, which delegate authority to the AAA on various issues, including arbitrator appointment and challenges, general oversight, and billing.  Arbitrations that proceed without AAA administration are not considered "AAA arbitrations," even if the parties were to select an arbitrator who is on the AAA's Roster.

International Arbitration of Patent Validity Disputes, JAMS and SVAMC Webinar (2020); Transparency in International Arbitration, CPR Annual Conference (2020); Arbitration: A Better Way to Resolve IP and Tech Disputes? (2019); Roundtable on ADR for IP and IT Disputes, International Bar Association Annual Conference (2019); Effective Advocacy in International Commercial Arbitration, California Lawyers' Association (2019); Appealing Arbitration Awards, USC-JAMS Arbitration Institute (2018); Patent Law: a Public Policy Basis for Vacatur? Chartered Institute of Arbitrators (2017); Arbitrating Patent and Technology License Disputes, Seoul International Dispute Resolution Center (2017); Korea: the New Wave in International Arbitration, KCAB (2016); Faster, Smarter, Cheaper Dispute Resolution ICDR (2016); Selecting the Place of Arbitration, Arbitral Institution, and Governing Law, Chartered Institute of Arbitrators Conference on Asia (2016).

Speaker, "Appealing Arbitration Awards," USC-JAMS Arbitration Institute, Los Angeles 2018; Speaker, "Patent Law: a Public Policy Basis for Vacatur?" Chartered Institute of Arbitrators, San Francisco 2017; Speaker, "Arbitrating Patent and Technology License Disputes," Seoul International Dispute Resolution Center (Seoul 2017); Speaker, "Faster, Smarter, Cheaper Technology Dispute Resolution," ICDR, Silicon Valley 2016; Moderator and Conference Co-Chair, "Selecting the Place of Arbitration, Arbitral Institution, and Governing Law," Chartered Institute of Arbitrators Conference on Resolving Disputes with Companies from Asia, San Francisco 2016.

**Awards and Honors**   Northern California Super Lawyer, International Work, 2013-Present.

**Citizenship**   United States of America

**Languages**   English

**Locale**   San Francisco, California, United States of America

**Compensation**

| | |
|---|---|
| Hearing: | $600.00/Hr |
| Study: | $600.00/Hr |
| Cancellation Period: | 0 Days |
| Comment: | Actual expenses for travel, food and lodging. Willing to consider alternative fee arrangements. |

*Grant L. Kim, Esq.*
*Neutral ID : 157866*

The AAA provides arbitrators to parties on cases administered by the AAA under its various Rules, which delegate authority to the AAA on various issues, including arbitrator appointment and challenges, general oversight, and billing.  Arbitrations that proceed without AAA administration are not considered "AAA arbitrations," even if the parties were to select an arbitrator who is on the AAA's Roster.