# Exhibit 64



**ARBITRATION ANSWERING STATEMENT AND COUNTERCLAIM OR JOINDER/CONSOLIDATION REQUEST**

| | |
|---|---|
| Name of Claimant: Purple Innovation, LLC | Name of Representative (if known): James E. Magleby, Christine Greenwood, Adam Alba |
| Address: 141 W. Pierpont Ave. | Name of Firm (if applicable): Magleby Cataxinos & Greenwood, PC |
| | Representative's Address: 141 W. Pierpont Ave. |
| City: Salt Lake City   State: Utah   Zip Code: 84101 | City: Salt Lake City   State: Utah   Zip Code: 84101 |
| Phone No.: 801-359-9000   Fax No.: 801-359-9011 | Phone No.: 801-359-9000   Fax No.: 801-359-9011 |
| Email Address: magleby@mcg.law; greenwood@mcg.law; alba@mcg.law | Email Address: magleby@mcg.law; greenwood@mcg.law; alba@mcg.law |
| AAA Case No. (if known): 01-21-0016-3751 | Filing a Counterclaim: ☑ Yes ☐ No  *If yes, please describe nature of counterclaim in space below.* |

Please answer Claimant's Demand for Arbitration (and describe your counterclaim, if applicable): *Attach additional pages as necessary.*

Please see attached document setting forth the Answering Statement and description of Counterclaims.

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other? ☐ Yes ☑ No

☐ Joinder/Consolidation Request. Provide the contact information for parties to be joined, and the case number(s) if consolidation is requested, on a separate attachment.

| | |
|---|---|
| Dollar Amount of Claim or Counterclaim: $ At least $50 million. | Other Relief Sought: ☑ Attorneys Fees ☑ Interest ☑ Arbitration Costs ☑ Punitive/ Exemplary ☑ Other  Specific performance |

Filing Fee: (if any) $ 15,000    In accordance with Fee Schedule: ☐ Flexible Fee Schedule ☑ Standard Fee Schedule

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

The arbitrator must have extensive commercial litigation experience, including experience taking commercial cases to trial and to arbitration. This should include experience in cases involving complex contractual disputes and intellectual property cases involving trademarks, trade dress, and patents.

Hearing locale:       *(check one)* ☐ Agree to requested locale   ☐ Objection to locale   Proposed alternative locale:

Estimated time needed for hearings overall:                   hours or  10                 days

| | |
|---|---|
| Signature (may be signed by a representative): | Date: 9/21/2021 |
| Name of Respondent: Responsive Surface Technology, LLC; PatienTech, LLC, and Robert Golden | Name of Representative: Tracy H. Fowler, Elisabeth M. McOmber, Annika L. Jones |
| Address (to be used in connection with this case): c/o Snell & Wilmer, LLP; 15 W. South Temple, Suite 1200 | Name of Firm (if applicable): Snell & Wilmer, LLP |
| | Representative's Address: 15 W. South Temple, Suite 1200 |
| City: Salt Lake City   State: Utah   Zip Code: 84101 | City: Salt Lake City   State: Utah   Zip Code: 84101 |
| Phone No.: 801-257-1900   Fax No.: 801-257-1800 | Phone No.: 801-257-1900   Fax No.: 801-257-1800 |
| Email Address: tfowler@swlaw.com; aljones@swlaw.com; emcomber@swlaw.com | Email Address: tfowler@swlaw.com; aljones@swlaw.com; emcomber@swlaw.com |

**Please send a copy of this Answering Statement to all other case participants and the AAA. If you are filing a counterclaim, please include the appropriate Filing Fee, if any, per the applicable Rules.**

*Please visit our website at www.adr.org if you would like to file this online. If you have questions, please contact your AAA case representative. If you do not know who your representative is, please contact Customer Service at 1-800-778-7879 for assistance.*

2

<u>Please answer Claimant's Demand for Arbitration (and describe your counterclaim, if applicable):</u>

In response to Claimant's Demand for Arbitration, Respondents Responsive Surface Technology, LLC; PatienTech, LLC, and Robert Golden deny liability for any and all claims Claimant is asserting in the arbitration proceeding and deny that Claimant is entitled to any damages. Respondents' counterclaims against Claimant include breach of contract, misappropriation of trade secrets, unjust enrichment, tortious interference with contract, fraud, negligent misrepresentation, promissory estoppel, and unfair competition.